# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**BRIDGEPOINT COMMUNICATIONS INC.**                                                  **PLAINTIFF**

v.                              Case. No. 4:13-cv-00329 KGB

**KENTUCKY DATA LINK INC.,**
**N/K/A WINDSTREAM KDL INC.**                                                        **DEFENDANT**

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice (Dkt. No. 21). Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties stipulate that all claims in this action are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees. Accordingly, this action is dismissed with prejudice.

SO ORDERED this 28th day of August, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE